**DANIEL L. HARRALSON,** State Bar #109322
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone: (559) 486-4560
Facsimile: (559) 486-4320

Attorneys for Defendant: **Enrique Cruz DeLeon**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ENRIQUE CRUZ DELEON,<br><br>　　　　　　　　　　Defendant. | Case No: 1:23-CR-00102-ADA-BAM-7<br><br>**STIPULATION TO CONTINUE DETENTION HEARING** and; **ORDER**<br><br>Date: September 21, 2023<br>Time 2:00 p.m.<br>Place: Duty Magistrate |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Detention Hearing in the above captioned matter now set for **September 21, 2023, at 2:00 p.m.**, **may be continued to September 25, 2023, at 2:00 pm., before Magistrate Judge the Duty Magistrate of the United States District Court.**

　　The continuance is requested by the Defense because the Federal Pre-Trial Services Officer was called away on an emergency and was unable to complete the Detention Memorandum prior to the hearing on September 21, 2023, and to allow for Pre-Trial Services to complete the Detention Memorandum.

Counsel for the Defendant, Daniel L. Harralson, is requesting the Stipulation to allow Pre-Trial Services the opportunity to complete the Memorandum so that the parties are advised of Defendant's circumstances and are prepared to address the issues related to Detention.

DATED: September 21, 2023                Respectfully Submitted,

                                                    **LAW OFFICE OF DANIEL L. HARRALSON**

                                                    _/s/_
                                                    **DANIEL L. HARRALSON**
                                                    Attorney for Defendant

DATED: September 21, 2023                **UNITED STATES ATTORNEYS OFFICE**

                                                    _/s/ Stephanie Stokman_
                                                    **STEPHANIE STOKMAN**
                                                    Attorney for United States

-------------------------------------------------

# ORDER
-----

*IT IS HEREBY ORDERED*. That the Detention Hearing of September 21, 2023, at 2:00 p.m. be continued to September 25 2023, at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **September 21, 2023**                    _/s/ Sheila K. Oberto_
                                                                                  UNITED STATES MAGISTRATE JUDGE