1   **DANIEL L. HARRALSON,** Bar #109322
Law Office of Daniel L. Harralson
2   Post Office Box 26688
Fresno, California 93729-6688
3   Telephone: (559) 486-4560
Facsimile: (559) 486-4320
4   harralsonlaw@sbcglobal.net

**FILED**

OCT 25 2023

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

5   Attorneys for Defendant: **Enrique Cruz DeLeon**

6

7                    **UNITED STATES DISTRICT COURT**

8                    **EASTERN DISTRICT OF CALIFORNIA**

9

10   UNITED STATES OF AMERICA,                  Case No: 1:23-CR-00102 ADA-BAM-7

11                          Plaintiff,          **REQUEST FOR WAIVER OF DEFENDANT'S PERSONAL PRESENCE (FRCP 43)**

12            v.

13   ENRIQUE CRUZ DELEON,

14                          Defendant.

15

16

17         Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, Defendant, **Enrique Cruz**

18   **DeLeon,** hereby waives the right to be present in person in open Court upon the hearing of any motion

19   or other proceeding in this case, including, but not limited to, when the case is set for trial, when a

20   continuance is ordered, and when any other action is taken by the Court before or after trial, except upon

21   arraignment, plea, empanelment of jury and imposition of sentence.

22         Defendant, **Enrique Cruz DeLeon,** hereby requests the Court to proceed during every absence

23   of him which the Court may permit pursuant to this waiver; agrees that his interests will be deemed

24   represented at all times by the presence of his attorney, **Daniel L. Harralson,** the same as if defendant

25   were personally present, and further agrees to be present in Court ready for Trial and day and hour the

26   Court may fix in his absence.

27

28
                                                  1
                                      US v. Enrique Cruz DeLeon

1  Defendant, **Enrique Cruz DeLeon**, further acknowledges that he has been informed of his rights

2  under Title 18 U.S.C. sections 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times

3  and delays under that Act without defendant being present.

4

5  DATED: October 19, 2023

6  _____
   Defendant **ENRIQUE CRUZ DeLEON**

7

8  I agree with and consent to my client's Waiver of Appearance.

9

10

11 DATED: October 19, 2023                    **LAW OFFICE OF DANIEL L. HARRALSON**

12                                           ___/s/ Daniel L. Harralson_____

13                                           **DANIEL L. HARRALSON**
                                             Attorney for Defendant Enrique Cruz DeLeon

14

15 ------------------------------------------------

16

17

18                          **ORDER**
                            -----

19  I approve the above Waiver of Presence. **IT IS SO ORDERED.**

20

21 DATED _____              _____

22                                        United States District Court Judge

23

24

25

26

27

28
                                  2
                        US v. Enrique Cruz DeLeon