1  **DANIEL L. HARRALSON,** Bar #109322
Law Office of Daniel L. Harralson
2  Post Office Box 26688
Fresno, California 93729-6688
3  Telephone: (559) 486-4560
Facsimile: (559) 486-4320
4  harralsonlaw@sbcglobal.net

5  Attorneys for Defendant: **Enrique Cruz DeLeon**

6

7                   **UNITED STATES DISTRICT COURT**

8                   **EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,                    Case No: 1:23-CR-00102-ADA-BAM-7

11                       Plaintiff,              **NOTICE OF WITHDRAWL OF DEFENDANT'S**
                                                 **REQUEST AND WAIVER OF PERSONAL**
12              v.                               **APPEARANCE AND ORDER**

13  ENRIQUE CRUZ DELEON,

14                       Defendant.

15

16

17      Defendant, **ENRIQUE CRUZ DELEON**, hereby recalls his Waiver of Personal Appearance to

18  be present in person in open Court upon the hearing of any motion or other proceeding in this case,

19  including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any

20  other action is taken by the Court.

21      Defendant, **ENRIQUE CRUZ DELEON**, hereby requests to be present at the Court to proceed

22  during every absence of him which the Court may permit pursuant to this waiver; agrees that his

23  interests will be deemed represented at all times by the presence of his attorney, **Daniel L. Harralson**,

24  the same as if defendant were personally present, and further agrees to be present in Court ready for

25  Trial and day and hour the Court may fix in his absence.

26

27

28
                                    1

DATED: September 24, 2024

/s/ Enrique Cruz DeLeon
Defendant **ENRIQUE CRUZ DeLEON**

I agree with and consent to my client's Withdrawal of Waiver of Appearance.

DATED: September 30, 2024                    **LAW OFFICE OF DANIEL L. HARRALSON**

/s/ Daniel L. Harralson
**DANIEL L. HARRALSON**
Attorney for Defendant Enrique Cruz DeLeon

## ORDER

The above Withdrawal of Defendant's Request and Waiver Of Personal Appearance is approved.

IT IS SO ORDERED.

Dated:   **October 2, 2024**              /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE