**DANIEL L. HARRALSON, State Bar #109322**
Law Office of Daniel L. Harralson
Post Office Box 26688
Fresno, California 93729-6688
Telephone: (559) 486-4560
Facsimile: (559) 486-4320

Attorneys for Defendant: **Enrique Cruz DeLeon**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ENRIQUE CRUZ DELEON,<br><br>　　　　　　　Defendant. | Case No: 1:23-CR-00102-TLN-BAM-7<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF DANIEL L. HARRALSON AS ATTORNEY OF RECORD AND ORDER** |

　　　　On September 18, 2023, Defendant, **ENRIQUE CRUZ DELEON** was indicted on Federal charges. CJA Panel Attorney Daniel L. Harralson, was appointed as trial counsel to represent Mr. DeLeon on September 19, 2023, in his criminal case. Mr. DeLeon was sentenced pursuant to a Plea Agreement on April 21, 2025. The time for filing a direct Appeal was May 9, 2025, no direct appeal was filed as Mr. DeLeon waived his appeal rights. Mr. DeLeon was in custody at the time of Sentencing and the trial phase of Mr. DeLeon's criminal case has, therefore, come to an end.

　　　　Having completed his representation of Mr. DeLeon, CJA Attorney, Daniel L. Harralson now moves to terminate his appointment under the Criminal Justice Act.

\\\

Should Mr. DeLeon require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: June 18, 2025                                    Respectfully submitted,

                                                        /s/ Daniel L. Harralson

                                                        **DANIEL L. HARRALSON, ESQ.**
                                                        Attorney for Defendant **Ryan Michael Villa**

## ORDER

Having reviewed the notice and found that attorney Daniel L. Harralson has completed the services for which he was appointed, the Court hereby grants attorney Harralson's request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Ryan Michael Villa at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Enrique Cruz DeLeon – 78113-510
FCI Berlin
Post Office Box 9000
Berlin, NH 03570

**IT IS SO ORDERED.**

Dated: June 18, 2025                                    _____
                                                        Troy L. Nunley
                                                        Chief United States District Judge